AMY L. GOLDMAN, State Bar No. 134088
goldman@lbbslaw.com
SCOTT LEE, State Bar No. 204564
slee@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012-2601
Tel: (213) 250-1800
Fax: (213) 250-7900

Attorneys for BRAD D. KRASNOFF,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ITCHAK BRILL,<br><br>   Debtor. | Case No.: 1:04-bk-15376-MT<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARINGS AND TO AUTHORIZE TAMARICHKA, INC. TO BORROW FUNDS SUFFICIENT TO CURE THE FIRST DEED OF TRUST**<br><br>[Order Approving Stipulation is lodged concurrently herewith]<br><br><u>HEARING DATE</u><br>Date: April 21, 2010<br>Time: 10:00 a.m.<br>Ctrm: 302 |

BRAD D. KRASNOFF, the duly-appointed Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Itchak Brill ("Debtor"), by and through his counsel of record, Scott Lee of Lewis Brisbois Bisgaard & Smith LLP, and Tamarichka, Inc. ("Tamarichka"), by and through its special counsel of record, Philip A. Gasteier of Levene, Neale, Bender, Rankin & Brill, LLP, hereby stipulate and

4813-1578-0613.1                                    -1-

agree as follows:

1. The Trustee presently has three separate matters pending before this Court; namely (a) Trustee's Motion To Sell Avoiding Power Actions Via Auction Sale or, Alternatively, to Enter Into a Compromise in this Bankruptcy Case, (b) Status Conference Re: Complaint in the Adversary Case No. 1:06-ap-01165-MT ("Adversary Action"), and (c) Trustee's Motion for Leave to File First Amended Complaint in the Adversary Action (collectively, "the Hearings").

2. The Trustee, Tamarichka and the other defendants in the Adversary Action named in the Motion For Leave to Amend (collectively, "Defendants"), as well as the estate's major creditor, have been involved in continuing discussions in an effort to globally resolve the remaining issues to conclude the three pending matters.

3. While the negotiations were on-going, the Court granted the secured lenders relief from the automatic stay but stayed any foreclosure until October 21, 2009, which to date has not occurred.

4. The Defendants are still seeking to effectuate a refinancing or an alternate source of funds in order to resolve all the disputes. In the interim, this Stipulation acknowledges and agrees that Tamarichka, subject to Bankruptcy Court approval, is authorized to borrow a sum sufficient to cure the arrearages in the approximate amount of $80,000.00 on the First Deed of Trust in favor of Sterling Capital Holdings Limited, plus loan fees and closing costs. In that regard, the Trustee shall remove his lis pendens and re-record it subordinate to the Third Deed of Trust,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-1578-0613.1                              -2-

1  subject to the recordation of a Deed of Trust in the Trustee's
2  favor.
3       5.   It is further agreed that this lender will be
4  authorized to record a Third Deed of Trust against the subject
5  property junior to the existing First and Second Deeds of Trust.
6       6.   It is thereafter anticipated that the Defendants
7  will be able to be in a position and effectuate the agreed upon
8  settlement among the parties, thereby allowing Tamarichka or its
9  nominee to retain the Calabasas property subject to payments to the
10 Trustee for the benefit of creditors.
11      7.   Of prime importance, the Trustee is informed that
12 Tamarichka is currently negotiating with (a) a new lender to obtain
13 financing to pay the initial $71,000.00 to the estate and (b)
14 secured creditors to modify the existing loans. Tamarichka asserts
15 that one or both of the foregoing options could lead to a global
16 resolution of all disputes.
17      8.   For the foregoing reasons, the parties again
18 respectfully request that the Hearings now set for April 21, 2010,
19 at 10:00 a.m., be continued for approximately ninety (90) days.
20      9.   This Stipulation will also be filed in the Adversary
21 Action.

DATED: April 12, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
AMY L. GOLDMAN
SCOTT LEE
Attorneys for Brad D. Krasnoff,
Chapter 7 Trustee

4813-1578-0613.1                     -3-

DATED: April 12, 2010

                    Levene, Neale, Bender, Rankin &
                    Brill, LLP

                    By: _____
                        PHILIP A. GASTEIER
                        Specially Appearing for
                        Tamarichka, Inc.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-1578-0613.1

-4-

1  **Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are
2  placed on the CM/ECF docket.

3  **PROOF OF SERVICE OF DOCUMENT**

4  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 221 North Figueroa Street, 12th Floor, Los Angeles, California 90012-2601
5
   A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARINGS**
6  **AND TO AUTHORIZE TAMARICHKA, INC. TO BORROW FUNDS SUFFICIENT TO CURE THE FIRST DEED OF TRUST** will be served or was served **(a)** on the judge in chambers in the form and manner
7  required by LBR 5005-2(d); and **(b)** in the manner indicated below:

8  **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by
9  the court via NEF and hyperlink to the document. On April 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic
10 Mail Notice List to receive NEF transmission at the email address(es) indicated below:

11 Brad D. Krasnoff, Chapter 7 Trustee: mcdaniel@lbbslaw.com; bkrasnoff@ecf.epiqsystems.com
   United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
12 David B. Lally: davidlallylaw@gmail.com
   David S Hagen: go4broq@earthlink.net
13 Cassandra J. Richey: cmartin@pprlaw.net
   Alan Steven Wolf: wdk@wolffirm.com
14
                                                              [ ] Service information continued on attached page
15
   **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
16
   On April 13, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this
17 bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as
18 follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
19
                                                              [ X ] Service information continued on attached page
20
   **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for
21 each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to
22 such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is
23 filed.

24                                                            [ ] Service information continued on attached page

25 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
26
   April 13, 2010            Marion Diamond              M. Diamond
27 Date                      Type Name                   Signature

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-1578-0613.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## SERVICE LIST

### BY U.S. MAIL

**Debtor**
Itchak Brill
21730 Marylee St., #45
Woodland Hills, CA 91367

**Specially Appearing For Tamarichka**
Philip A. Gasteier, Esq.
Levene, Neale, Bender, Rankin & Brill, LLP
10250 Constellation Blvd.,
Suite 1700
Los Angeles, CA 90067

**The Honorable Maureen Tighe**
United States Bankruptcy Court
Central District of California
San Fernando Valley Division
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367-6606

**Sterling Capital Holding Limited**
Tamar Milstein, President
Sterling Capital Holding Limited
20841 Ventura Blvd., #203
Woodland Hills, CA 91364

Carribean Corporate Services Limited,
Registered Agent for
Sterling Capital Holding Limited
Omar Hodge Building
Wickhams Cay I
PO Box 362
Road Town, Tortola
British Virgin Islands

Sterling Capital Holding Limited
PO Box 17895
Encino, CA 91416

**Brill Family Trust and co-trustees**
Itchak Brill, co-trustee of trust
21730 Marylee St., #45
Woodland Hills, CA 91367

Aaron M. Brill, Co-trustee of trust
24132 Park Casino
Calabasas, CA 91302

Yair Harpaz
5000 Queen Victoria Rd.
Woodland Hills, CA 91346

Sarit Harpaz
24132 Park Casino
Calabasas, CA 91302

**Special Notice**
Isaac Martin
Lizzette Martin
c/o John C. Torjesen, Esq.
John C. Torjesen & Associates, PC
612 N. Sepulveda Blvd., 2nd Fl.
Los Angeles, CA 90049

Kenneth S. Gaines
21550 Oxnard St., #980
Woodland Hills, CA 91367

Richard Stone
2250 Commerce Avenue, Ste. D
Concord, CA 94520

**Creditors**
American Express
PO Box 7871
Ft. Lauderdale, FL 33329

American Express Bank FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Attention Funding Trust
5300 Oakbrook Pkwy.
Bldg. 300, Ste. 300
Norcross, GA 30093

Aviv L. Tuchman
Tuchman & Associates
6080 W. Pico Blvd.
Los Angeles, CA 90035-2647

4813-1578-0613.1

| | | |
|---|---|---|
| 1 | Chase | NCO Financial Systems, Inc. |
| | 4915 Independence Parkway | 507 Prudential Rd. |
| 2 | Tampa, FL 33329 | Horsham, PA 19044 |
| 3 | Chase Visa | Reliable Adjustment Bureau |
| | c/o The Bureaus, Inc. | 2655 A Park Center Dr. |
| 4 | 35353 Eagle Way | Simi Valley, CA 93065 |
| | Chicago, IL 60678-1353 | |
| 5 | | Tax Collector's Office |
| | Credit One, LLC | County of Ventura |
| 6 | c/o Creditone LLC | 800 S. Victoria Ave. |
| | PO Box 625 | Ventura, CA 93009-0001 |
| 7 | Metairie, LA 70001-0625 | |
| | | The Bureaus Inc. |
| 8 | Discover Financial Services LLC | 1717 Central St. |
| | PO Box 3025 | Evanston, IL 60204 |
| 9 | New Albany, OH 43054-3025 | |
| | | Union Bank of CA |
| 10 | Employment Development Dept. | NCCS |
| | Bankruptcy Unit - MIC 92E | PO Box 13765 |
| 11 | P.O. Box 826880 | Sacramento, CA 95853 |
| | Sacramento, CA 94280-0001 | |
| 12 | | Verizon California |
| | First Select, Inc. | AFNI/Verizon |
| 13 | c/o Risk Management | 404 Brock Rd. |
| | Alternatives | Bloomington, IL 61701 |
| 14 | 11214 Renner Rd | |
| | Lenexa, KS 66219 | Verizon Wireless |
| 15 | | PO Box 5321 |
| | Franchise Tax Board | Inglewood, CA 90313-5321 |
| 16 | Attn: Bankruptcy | |
| | P.O. Box 2952 | |
| 17 | Sacramento, CA 95812-2952 | |
| 18 | American Honda Finance | |
| | PO Box 168088 | |
| 19 | Irving, TX 75016-8088 | |
| 20 | Household Bank | |
| | c/o Midland Credit Management | |
| 21 | PO Box 939019 | |
| | San Diego, CA 92193-9019 | |
| 22 | | |
| | Jefferson Capital Systems LLC | |
| 23 | PO Box 23051 | |
| | Columbus, GA 31902-3051 | |
| 24 | | |
| | Los Angeles City Clerk | |
| 25 | P.O. Box 53200 | |
| | Los Angeles, CA 90053-0200 | |
| 26 | | |
| | L&J Assets LLC | |
| 27 | Mark Meador | |
| | Director of Business Affairs | |
| 28 | 1880 Century Park East. #420 | |
| | Los Angeles, CA 90067 | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-1578-0613.1